[No. 7,841.—Department Two.]

### ALPHONSE LAVILLE *v.* GASTON OXARART.

FINDINGS—SUFFICIENCY OF THE EVIDENCE—SALE IN FRAUD OF CREDITORS.

APPEAL from a judgment for the defendant and from an order denying a new trial in the Superior Court of the County of Los Angeles.   McNEALY, J.

*J. Brousseau,* for Appellant.

*Glassell, Smith & Smith,* for Respondent.

The COURT:

The decision in this case in the Court below rested upon questions of fact, upon the credit to be given to the testimony of witnesses, and in such cases this Court will not interfere. The decision of the Court is sustained by the evidence.

Judgment and order affirmed.